# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT LACKEY**                                                                         **PLAINTIFF**

v.                                    **Case No. 4:21-cv-00872-KGB**

**YELL COUNTY JAIL,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 30). Plaintiff Robert Lackey has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Lackey's complaint and amended complaint for failure to maintain a current mailing address with the Clerk as required by Local Rule 5.5(c)(2) and failure to comply with Judge Volpe's January 27, 2022, Order (Dkt. Nos. 1; 18; 26).

It is so ordered this the 17th day of January, 2023.

                                                                                                              Kristine G. Baker
                                                                                                              United States District Judge