IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT LACKEY**                                                                                                   **PLAINTIFF**

v.                                   Case No. 4:21-cv-00872-KGB

**YELL COUNTY JAIL**, *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Robert Lackey's complaint and amended complaint are dismissed without prejudice (Dkt. No. 1; 18). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge